## JOHN MOODY v. STATE.

No. A-1632.   Opinion Filed July 19, 1913.

Appeal from County Court, Cherokee County;
J. T. Parks, Judge.

John Moody was convicted of a violation of the prohibitory law, and appeals.   Affirmed.

J. I. Coursey, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted on an information which charged the unlawful sale of intoxicating liquors, and on the 10th day of November, 1911, in accordance with the verdict of the jury he was sentenced to be confined for thirty days in the county jail and to pay a fine of fifty dollars.   From a careful examination of the record it is our conclusion that the assignments of error are not well taken, and the defendant has had a fair and impartial trial.   The judgment of the county court of Cherokee county is therefore affirmed.

## FRANK ROSS v. STATE.

No. A-1768.   Opinion Filed July 26, 1913.

Appeal from County Court, Pottawatomie County;
Ross F. Lockridge, Judge.

Frank Ross was convicted of gambling, and he appeals.   Affirmed.

S. P. Freeling, A. M. Widdows, and I. C. Saunders, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Frank Ross, was convicted at the March, 1912, term of the county court of Pottawatomie county on a charge of conducting a gambling game commonly known as ''poker,'' and his punishment fixed at a fine of $250 and imprisonment in the county jail for a period of 30 days.   We have carefully examined the record and find no error sufficient to justify a reversal of the judgment.   It is therefore affirmed.